**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-60259
Summary Calendar

_____


LORI JOHNSON,

Plaintiff-Appellant,

VERSUS

PEOPLES BANK AND TRUST COMPANY,

Defendant-Appellee.


_____

Appeal from the United States District Court
for the Northern District of Mississippi
(1:96CV57-JAD)
_____
October 3, 1997


Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]


Lori Johnson sues her former employer, Peoples Bank and Trust Company, for alleged violations of title VII and the Equal Pay Act. We affirm, essentially for the reasons stated by the Magistrate Judge in his Memorandum Opinion entered January 7, 1997, regarding title VII, and his Memorandum Opinion entered March 20, 1997,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

regarding the Equal Pay Act.

It is evident, from the record, that Johnson did not sue within 180 days of the date on which she learned of the alleged discrimination, as required by title VII.  There is no evidence that the pay differentials of which Johnson complains were based on sex, as the Equal Pay Act requires.

AFFIRMED.